**DISMISS and Opinion Filed August 2, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-22-00244-CV**
_____

**MES PARTNERS, INC. AND**
**MILLER ENVIRONMENTAL SERVICES, LLC, Appellants**
**V.**
**DAVID LANTZ, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-01584**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

Before the Court is the parties' joint motion to dismiss the appeal because they have settled their differences. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220244F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MES PARTNERS, INC. AND
MILLER ENVIRONMENTAL
SERVICES, LLC, Appellants

No. 05-22-00244-CV  V.

DAVID LANTZ, Appellee

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-01584.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered August 2, 2022